

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Raymond Gene Lazarine v. The State of Texas

Appellate case number:   01-19-00982-CR

Trial court case number: 1411997

Trial court:             184th District Court of Harris County


      It is ordered that the motion for en banc reconsideration is **DENIED**.


Judge's signature:       /s/ Veronica Rivas-Molloy
                        ☑ Acting for the Court


The en banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date: February 17, 2022